**Paul D.S. EDWARDS, Plaintiff—Appellant,**

v.

**Kanika DAVIS; et al., Defendants—Appellees,**

No. 04–15486.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 7, 2005.*

Decided Feb. 11, 2005.

Paul D.S. Edwards, Las Vegas, NV, pro se.

Michael E. Stoberski, Rawlings Olson Cannon Gormley & Desruisseaux, Las Vegas, NV, for Defendants–Appellees.

Before: FERNANDEZ, GRABER and GOULD, Circuit Judges.

MEMORANDUM **

Paul D.S. Edwards appeals pro se the district court's summary judgment in favor of defendants in his action alleging violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq., and various state laws. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo, *Delta Savings Bank v. United States,* 265 F.3d 1017, 1021 (9th Cir.2001), and we affirm.

The district court properly granted summary judgment to defendants because Edwards failed to raise a genuine issue of material fact as to whether defendants' validation of debt notice mailed to Edwards on November 20, 2002, violated 15 U.S.C. § 1692g. *See* 15 U.S.C. § 1692g; *Mahon v. Credit Bureau,* 171 F.3d 1197, 1202 (9th Cir.1999).

The district court also properly granted summary judgment to defendants on Edwards' claim that defendant Davis did not provide him with the mini-Miranda warning at the beginning of the telephone conversation. *See* 15 U.S.C. § 1692e(11) (mini-Miranda warning must be given during the initial *written* communication with consumer).

Edwards' remaining contentions are unpersuasive.

AFFIRMED.

GRABER, Circuit Judge, concurring in part and dissenting in part.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

GRABER, Circuit Judge.

In my view there is a genuine issue of material fact concerning the November 20, 2002, notice, so I would reverse summary judgment on the first claim.

In all other respects, I concur.

---

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.